# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00091-CV

**Andre Joel Howard, Appellant**

**v.**

**Harris County Hospital District and TWCC, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-05-003705, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Andre Joel Howard filed a notice of appeal on February 7, 2008. He has perfected appeal from his "Motion to Extend Time to File Motion to Reconsider Mandate Motion to Amend Plaintiff's Motion to Appeal Motion to Reinstate." An appeal lies only from a final judgment or appealable interlocutory order. *Lehmann v. Har-Con Corp.*, 988 S.W.2d 415, 417 (Tex. 2001) (final judgment); Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (West Supp. 2007) (categories of appealable interlocutory orders). Appellant's previous appeal in the same underlying cause was dismissed by this Court for want of jurisdiction because he attempted to appeal orders that were not subject to appeal. *See Howard v. Harris County Hosp. Dist.,* No. 03-06-00488-CV, slip. op. (Tex. App.—Austin Sept. 7, 2006). His motion to reinstate the appeal was denied by this Court. The Texas Supreme Court denied his petition for review. *Howard v. Harris County Hosp. Dist.*, No. 07-330, 2007 Tex. LEXIS 571, *1 (Tex. 2007). The time has long since passed for any further

review of this Court's dismissal of his previous attempted appeal.  The order from which he now attempts to appeal is not appealable.[1]

We dismiss the appeal for want of jurisdiction.[2]  *See* Tex. R. App. P. 42.3(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   March 12, 2008

_____

[1] Of course, given that his appeals have been dismissed for lack of an appealable order, his case remains pending in the trial court.

[2] Appellant's pending motion to proceed as an indigent is dismissed.